**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LETICIA RODAS and CARLOS RODAS** | : | CA 08 019 T |
| | : | |
| **v.** | : | **C.A. No.: 07-** |
| | : | |
| **NATIONAL RAILROAD PASSENGER CORPORATION, also known as AMTRAK; and RICHARD SARAN, ALIAS individually and as agent of National Railroad Passenger Corporation** | : : : : | |

**NOTICE OF REMOVAL**

Defendants National Railroad Passenger Corporation (hereinafter "Amtrak") and Richard Saran, through their attorneys, Edwards Angell Palmer & Dodge, LLP, respectfully state upon information and belief:

1. On or about December 27, 2007, defendant Richard Saran was served with the Summons and Complaint in this action which is currently pending in the Superior Court of the State of Rhode Island, Providence County. A copy of the Summons and Complaint is annexed hereto as Exhibit A. The Complaint constitutes all of the prior pleadings and/or orders served upon Defendant to date.

2. On or about January 2, 2008, the defendant Amtrak was served with the Summons and Complaint in this action.

3. According to the Complaint, Plaintiffs allegedly suffered personal injuries and property damages incurring in a motor vehicle accident on February 22, 2007.

4. The defendants are removing this action because defendant Amtrak was created by an Act of Congress, 49 U.S.C. §24101, *et seq.*, and more than one-half its capital stock is owned by the United States. Thus, the above-described action is a civil action of which this

Court has original jurisdiction under the provisions of Title 28, U.S.C. §1331 and 1349 and is one which may be removed to this Court by the defendants herein, pursuant to the provisions of Title 28, U.S.C. §1441.

WHEREFORE, Defendants pray that the action now pending against it in the Superior Court of the State of Rhode Island in and for the County of Kent be removed therefrom to this Court.

DEFENDANTS,

NATIONAL RAILROAD PASSENGER CORPORATION AND RICHARD SARAN,

Andrew J. Murray

Paul E. Dwyer, Jr. (#3956)
Andrew J. Murray (#5071)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903-2499
(401) 274-9200 (tel.)
(401) 276-6611 (fax)

CERTIFICATE OF SERVICE

I hereby certify that on this 15 day of January, 2008 I served a copy of the within document by causing a copy to be sent via First Class U.S. Mail, postage pre-paid to the below named counsel.

TO: Christopher E. Fay, Esq.
Fay Law Associates, Inc.
915-917 Reservoir Avenue
Cranston, RI 02910

Andrew Murray

Andrew J. Murray.