# EXHIBIT A

STATE OF RHODE ISLAND
KENT, SC

SUPERIOR COURT

LETICIA RODAS and
CARLOS RODAS

VS.

C.A. No.: K07-

NATIONAL RAILROAD PASSENGER CORPORATION also known as AMTRAK; and RICHARD SARAN, ALIAS individually and as agent of National Railroad Passenger Corporation

## COMPLAINT

1. Plaintiffs, Leticia Rodas and Carlos Rodas, are residents of the City of Warwick, County of Kent, State of Rhode Island.

2. Defendant, National Railroad Passenger Corporation also known as Amtrak upon information and belief is a national and/or foreign corporation and/or quasi governmental agency authorized to do business in the State of Rhode Island and operating pursuant to Rhode Island Law.

3. Defendant, Richard Saran, Alias, upon information and belief, is a resident of the City of Warwick, County of Kent, State of Rhode Island and is being sued individually and as an agent of National Railroad Passenger Corporation and pursuant to R.I.G.L. §31-33-6 and R.I.G.L. §31-33-7.

4. On or about February 22, 2007, Plaintiff, Carlos Rodas, was operating Plaintiff, Leticia Rodas's vehicle with due care on or about Post Road at or near Delaware Avenue, Warwick, Rhode Island, when thereat the Defendant, Richard Saran, Alias negligently operated a vehicle registered in the name of Defendant, National Railroad Passenger Corporation, Alias and with its consent pursuant to R.I.G.L. §31-33-6 and R.I.G.L. §31-33-7, into collision with the Plaintiff's vehicle, injuring the Plaintiff and causing him to incur medical bills, lost wages and pain and suffering and damaging and depreciating Plaintiff's vehicle causing cost to repair and/or replace in amounts sufficient to establish the jurisdiction of this Court.

WHEREFORE, Plaintiffs demand judgment against Defendants plus interest, costs and attorneys fees.

Plaintiffs
By their Attorney,

FAY LAW ASSOCIATES, INC. by
Christopher E. Fay, Esq. # 4651
915-917 Reservoir Avenue
Cranston, RI 02910
(401) 944-9600

**PLAINTIFFS DEMAND JURY TRIAL**
Andrew L. Alberino, III, Esq. #5610 is appointed trial counsel.