UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LETICIA RODAS and CARLOS RODAS | : | |
| | : | |
| VS. | : | C.A. No.: 08-019T |
| | : | |
| NATIONAL RAILROAD PASSENGER CORPORATION also known as AMTRAK; and RICHARD SARAN, ALIAS individually and as agent of National Railroad Passenger Corporation | : | |

**PLAINTIFFS' ANSWER TO DEFENDANTS' COUNTERCLAIM**

Now come the Plaintiffs, Leticia Rodas and Carlos Rodas, by and through their attorney and hereby respond to Defendants' Counterclaim as follows:

1. Plaintiffs deny any and all allegations contained in Paragraphs one, two, three and four of Defendants' Counterclaim.

WHEREFORE, Plaintiffs pray that Defendants' Counterclaim be denied and dismissed and Plaintiffs be awarded their costs and any further relief that this court deems fair and just.

PLAINTIFFS,
By Counsel,

FAY LAW ASSOCIATES, INC. by
Christopher E. Fay, Esq. #4651
917 Reservoir Avenue
Cranston, RI 02910
(401) 944-9600

**PLAINTIFFS CLAIM TRIAL BY JURY**

AFFIRMATIVE DEFENSES

1. Defendants' counterclaim fails to state a claim upon which relief may be granted.

2. At all times material hereto, the Plaintiffs acted with due care.

3. Any injuries to person or property suffered by the Defendant were solely caused by the acts or omissions of the Defendants.

4. Any injuries to person or property suffered by the Defendants were solely caused by the acts or omissions of third parties herein unnamed.

5. Defendants are barred from prevailing by their own comparative negligence.

6. Defendants are barred from prevailing by their own assumption of risk.

7. Defendants are estopped from prevailing on any of the Counts of their claim.

8. Plaintiffs assert the defense of insufficiency of process and the defense of insufficiency of service of process.

9. Defendants' claim is barred for failure to name the real party in interest.

10. Plaintiffs hereby raise each and every affirmative defense not specifically plead herein but which becomes apparent upon further discovery.

PLAINTIFFS,
By Counsel,

FAY LAW ASSOCIATES, INC. by
Christopher E. Fay, Esq. #4651
917 Reservoir Avenue
Cranston, RI 02910
(401) 944-9600

**DEFENDANT CLAIMS TRIAL BY JURY**

CERTIFICATION

I, the undersigned, hereby certify that a copy of the within Answer with Affirmative Defenses was mailed to the following counsel of record on this 16th day of January, 2008:

Paul E. Dwyer, Jr.,Esq.
Andrew J. Murray, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903-2499