UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
FEB 27 2008
Property of U.S. District Court
District of Rhode Island

| | | |
|---|---|---|
| LETICIA RODAS and CARLOS RODAS | : | |
| | : | |
| VS. | : | C.A. No.: 08-019T |
| | : | |
| NATIONAL RAILROAD PASSENGER CORPORATION also known as AMTRAK; and RICHARD SARAN, ALIAS individually and as agent of National Railroad Passenger Corporation | : | |

**DISMISSAL STIPULATION**

By agreement of the parties, the above claims are hereby dismissed with prejudice, no interest and no costs.

Christopher E. Fay, Esq. #4651
Attorney for Plaintiff
917 Reservoir Ave
Cranston, RI 02910

Andrew J. Murray #5071
Paul E. Dwyer, Jr. #3956
Attorneys for Defendant
Edwards Angell Palmer & Dodge
2800 Financial Plaza
Providence, RI 02903

Date: 12/1/08